removed without his authority. This action was to recover the value of the missing bonds and coupons.

*John T. Norton* and *Frederick C. Filley* for appellant. *Ira Skutch* and *Benjamin F. Feiner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

A. W. SMITH & COMPANY, Appellant, *v.* LINCOLN TRUST COMPANY et al., as Executors of CHISHOLM BEACH, Deceased, Respondents.

*Services — decedent's estate — action to recover for services alleged to have been rendered to decedent in his lifetime.*

*Smith & Co.* v. *Lincoln Trust Co.*, 206 App. Div. 610, affirmed.
(Argued June 12, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1923, affirming a judgment in favor of defendants entered upon a verdict. The action was brought to recover a sum alleged to be due the plaintiff from the estate of defendants' testator for services rendered to the decedent during his lifetime by the plaintiff as expert accountant in connection with the investigation and inquiry into the handling of certain trust funds by decedent's uncle. The only issue was as to the terms of the employment. Plaintiff claimed that it was to receive the reasonable value of the services rendered. Defendants claimed that by the agreement with decedent, plaintiff's compensation was to be contingent upon a recovery and that if nothing was recovered from decedent's uncle plaintiff would be entitled only to be reimbursed for actual disbursements made in connection with the investigation. Plaintiff admitted that such disbursements had been repaid.

*De Coursey Fales* and *Benjamin H. Trask* for appellant. *Middleton S. Borland* and *Percy F. Griffin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

DONALD MCKELLAR, Respondent, *v.* AMERICAN SYN-
THETIC DYES, INC., Appellant.

*Appeal — dismissed upon stipulation.*

*McKellar v. American Synthetic Dyes, Inc.,* 204 App. Div. 890,
appeal dismissed. °

(Argued June 12, 1923; decided July 13, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 21, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

*Charles E. Rushmore, Edgar T. Brackett* and *Roger B. Hull* for appellant.

*Charles H. Tuttle, Henry A. Uterhart* and *Stephen C. Baldwin* for respondent.

Appeal dismissed, without costs, upon and in accordance with stipulation of parties; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

GLEN R. PATTON, Appellant, *v.* ARNOLD, HOFFMAN & Co., Respondent.

*Contract — sale — action to recover for failure to deliver goods — defense of lack of mutuality.*

*Patton v. Arnold, Hoffman & Co., Inc.,* 203 App. Div. 887, affirmed.

(Argued June 13, 1923; decided July 13, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1922, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was for damages for breach of contract arising out of the defendant's failure to deliver liquid chlorine.